## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KENNETH W. GIBBS-EL, | ) |
| Petitioner, | ) |
| v. | ) No. 1:06-cv-788-SEB-VSS |
| CHRISTOPHER MELOY, | ) |
| Respondent. | ) |

## E N T R Y

This cause is dismissed for failure to prosecute, a disposition based on the petitioner's unexplained failure to proceed as directed in the Entry of May 24, 2006.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**


Date: 10/19/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana