UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KENNETH W. GIBBS-EL,<br><br>        Petitioner,<br>v.<br><br>CHRISTOPHER MELOY,<br><br>        Respondent. | No. 1:06-cv-788-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 10/19/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kenneth W. Gibbs-el
DOC #30344
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168-9400